Rex Whitehorn & Associates, P.C.
Rex Whitehorn, Esq.
11 Grace Avenue, Suite 411
Great Neck, New York 11021
Tel: (516) 829-5000
Fax: (516) 829-5190

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
ARTIFICIAL INTELLIGENCE TECHNOLOGIES
CORPORATION,

                         Plaintiff,

       -against-

ROBOTIC VENTURES LLC

                         Defendant.
-----------------------------------------------------------------------------x

Civil Action No.:

CV-17-8168

## Notice of Removal (Diversity)

TO THE CLERK OF THE UNITED STATES DISTRICT OF THE SOTHERN DISTRICT OF NEW YORK.

PLEASE TAKE NOTICE that defendant, Robotic Ventures, LLC, hereby removes to this Court the state court action described below.

1. On September 15, 2017, an action was commenced in the Supreme Court of the State of New York, County of New York, entitled Artificial Intelligence Technologies Corporation v. Robotic Ventures, LLC, bearing Index Number 655886/2017 pending in New York Supreme Court.

2. Defendant received a copy of plaintiff's summons and Complaint September 21, 2017, a copy of the affidavit of service and underlying Summons and Complaint are annexed as Exhibit "A".   This notice is timely.

3. A copy of all process, pleadings and orders served upon the defendant in the state court action are attached hereto as Exhibit "A".

4. This action is a civil action which this Court has original jurisdiction under 28 U.S.C. 1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. 1441 (b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs because the amount involves a sum of at least $500,000 dollars.  Defendants also have federal question counterclaims it intends to allege against Plaintiff and additional defendants. Upon information and belief, the additional defendants would not defeat diversity jurisdiction.

5. Defendant is informed and believes that plaintiff, Artificial Intelligence, was and still is a legal entity operating under the laws of the State of Delaware. Defendant, Robotic Ventures, LLC, was, at the time of the filing of this action and still is a legal entity formed and operating under the laws of Nevada.

6. Defendant Robotic Ventures, LLC ha numerous counterclaims against various entities in various jurisdictions which it intends to file in this Court.

WHEREFORE, defendant, Robotic Ventures, LLC, prays that this action be removed to the United States District Court for the Southern District of New York, where all defendants are citizens of said state, thereby establishing complete diversity.

DATED October 23, 2017

_____
Rex Whitehorn, Esq.